BREEN IRON WORKS, RESPONDENT, v. GRACE RICHARD-
SON, APPELLANT.

Argued May 19, 1936—Decided October 2, 1936.

For the respondent, *Merrill Lane*.

For the appellant, *Frank G. Turner*.

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD,
HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL,
RAFFERTY, JJ.    10.

*For reversal*—None.